UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CABALLERO, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  22cv337 JM (AGS)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; AND (2) APPROVING MINOR'S COMPROMISE** |

　　　Presently before the court is Plaintiffs' "Motion to Confirm Minor's Compromise." (Doc. No. 16).  On September 9, 2022, Magistrate Judge Andrew J. Schopler issued a Report and Recommendation ("R&R") recommending that the court approve Plaintiffs' Motion (Doc. No. 22).  Judge Schopler ordered that any objections to the R&R be filed by September 23, 2022.  *Id.* at 5.  No timely objections have been filed.  *See* Docket.  Having considered Plaintiffs' Motion, Judge Schopler's R&R, and the applicable law, the court **ADOPTS** the R&R and **APPROVES** Plaintiffs' Motion.

## BACKGROUND

　　　Judge Schopler's Order contains an accurate and thorough recitation of the relevant

factual and procedural history in this case, as well as the terms of the proposed settlement. R&R at 1–3. This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

District courts have "a special duty" to "safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). In evaluating a minor's compromise, district courts should limit the scope of their review "to the question of whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." *Id.* at 1182. "Most importantly, the district court should evaluate the fairness of each minor plaintiff's net recovery without regard to the proportion of the total settlement value designated for adult co-plaintiffs or plaintiffs' counsel—whose interests the district court has no special duty to safeguard." *Id.*

Pursuant to Civil Local Rule 17.1:

> No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment. All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's R&R. The district court must "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–74 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).

However, in the absence of timely objection, the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."

Fed. R. Civ. P. 72, Advisory Committee's Note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

## ANALYSIS

In this case, Judge Schopler's R&R concluded the Parties' proposed settlement was: (1) fair, reasonable, and in the best interests of the minor children; (2) in line with the settlements reached in similar cases; and (3) followed an appropriate distribution model. R&R at 5. As of the date of this Order, the court has received no objections to the R&R. As no Party has objected, the court reviews the R&R for clear error and finds none. Judge Schopler's R&R is thorough, well-reasoned, and the compromise and settlement of the claims for minor Plaintiffs in this case is fair and reasonable.

## CONCLUSION

In light of the foregoing, the court **ADOPTS** Magistrate Judge Schopler's R&R (Doc. No. 22) in its entirety and **APPROVES** Plaintiffs' Motion (Doc. No. 16).

**IT IS SO ORDERED.**

DATED: October 3, 2022

_____
JEFFREY T. MILLER
United States District Judge